SHARON D. MAYO (150469)
sharon.mayo@aporter.com
ERICA CONNOLLY (288822)
erica.connolly@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    415.471.3100
Facsimile:    415.471.3400

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL MUSIC CORPORATION, JAY E'S BASEMENT, JACKIE FROST MUSIC, INC., D2 PRO PUBLISHING, SAM SWAP PUBLISHING, TARPO MUSIC PUBLISHING, YOUNG DUDE PUBLISHING, SONGS OF PEER, LTD., 2082 PUBLISHING, MARCHNINENTH MUSIC, WB MUSIC CORP., and NAUGHTY MUSIC,<br><br>                     Plaintiffs,<br><br>         vs.<br><br>DIAMOND S.J. ENTERPRISE, JENNY R. WOLFES, and DAVID R. KOEHLER,<br><br>                     Defendants. | Case No.: 5:16-cv-1911-NC<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

WHEREAS the initial case management conference for the above-captioned case is scheduled for July 27, 2016 at 10:00 a.m.;

WHEREAS counsel for Plaintiffs will be out of the country on that date;

WHEREAS counsel for Plaintiffs and Defendants have met and conferred and have determined that both counsel are available on August 3, 2016 at 10:00 a.m.;

WHEREAS this request is the first request for an extension of time in this case;

WHEREAS the parties will still submit their joint case management statement by the current deadline of July 20, 2016;

NOW, THEREFORE, IT IS HEREBY STIPULATED between the parties that the initial case management conference be continued from July 27, 2016 at 10:00 a.m. to August 3, 2016 at 10:00 a.m. All other deadlines should remain the same.

Dated: July 11, 2016				ARNOLD & PORTER LLP


						By:	*/s/ Erica Connolly*
							SHARON D. MAYO
							ERICA CONNOLLY

							Attorneys for Plaintiffs


Dated: July 11, 2016


						By:	*/s/ David Kraft*
							DAVID KRAFT

							Attorney for Defendants


**ATTESTATION**

Pursuant to Local Rule 5-1, I, Erica Connolly, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

						*/s/ Erica Connolly*
						ERICA CONNOLLY

1

**ORDER**

2   Based on the parties' stipulation to extend the date of the initial case management

3 conference from July 27, 2016 at 10:00 a.m. to August 3, 2016 at 10:00 a.m., and the good cause

4 presented therein, **IT IS HEREBY ORDERED** that the initial case management conference will be

5 continued until August 3, 2016 at 10:00 a.m.  All other deadlines remain the same.

6   Defendants shall file their consent or declination to the jurisdiction of a magistrate judge by

7 July 26, 2016.

8

9 Dated:   July 12, 2016



Hon. Nathanael Cousins
U.S. Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

36260886v1