SHARON D. MAYO (150469)
sharon.mayo@aporter.com
ERICA CONNOLLY (288822)
erica.connolly@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   415.471.3100
Facsimile:    415.471.3400

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL MUSIC CORPORATION, JAY E'S BASEMENT, JACKIE FROST MUSIC, INC., D2 PRO PUBLISHING, SAM SWAP PUBLISHING, TARPO MUSIC PUBLISHING, YOUNG DUDE PUBLISHING, SONGS OF PEER, LTD., 2082 PUBLISHING, MARCHNINENTH MUSIC, WB MUSIC CORP., and NAUGHTY MUSIC,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND S.J. ENTERPRISE, JENNY R. WOLFES, and DAVID R. KOEHLER,<br><br>Defendants. | Case No.: 5:16-cv-1911-NC<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1  WHEREAS the initial case management conference for the above-captioned case is scheduled for August 3, 2016 at 10:00 a.m.;

WHEREAS a conflict on that date and time has arisen for counsel for Plaintiffs;

WHEREAS counsel for Plaintiffs and Defendants have met and conferred and have determined that both counsel are available on August 10, 2016 at 10:00 a.m.;

WHEREAS this request is the second request for an extension of time in this case;

WHEREAS the parties have submitted their joint case management statement by the current deadline of July 20, 2016;

NOW, THEREFORE, IT IS HEREBY STIPULATED between the parties that the initial case management conference be continued from August 3, 2016 at 10:00 a.m. to August 10, 2016 at 10:00 a.m.  All other deadlines should remain the same.

Dated:  July 20, 2016                               ARNOLD & PORTER LLP


By: */s/ Erica Connolly*
    SHARON D. MAYO
    ERICA CONNOLLY

Attorneys for Plaintiffs


Dated:  July 20, 2016


By: */s/ David Kraft*
    DAVID KRAFT

Attorney for Defendants


**ATTESTATION**

Pursuant to Local Rule 5-1, I, Erica Connolly, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

*/s/ Erica Connolly*
ERICA CONNOLLY

**ORDER**

Based on the parties' stipulation to extend the date of the initial case management conference from August 3, 2016 at 10:00 a.m. to August 10, 2016 at 10:00 a.m., and the good cause presented therein, **IT IS HEREBY ORDERED** that the initial case management conference will be continued until August 10, 2016 at 10:00 a.m.  All other deadlines remain the same.

Dated:  July 22, 2016

_____
Hon. Nathanael Cousins
U.S. Magistrate Judge

