# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL MUSIC CORPORATION, and others,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND S.J. ENTERPRISE, and others,<br><br>Defendants. | Case No. 16-cv-01911 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: ECF 34 |

In light of the notice of settlement filed on January 11, this case is CONDITIONALLY DISMISSED and all case events and deadlines are vacated. The Court will retain jurisdiction over the settlement agreement until December 31, 2017, or further Court order. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994). In the event the parties still wish to discuss the mechanics of settlement supervision, the Court is available for a telephonic case management conference on January 18 at 10:30 a.m. The parties must together notify the courtroom deputy (408.535.5343) by January 18 at 9:30 a.m. if they wish to have a case management call with the Court. If plaintiffs do not wish to dismiss this case, they must file a notice seeking reinstatement by January 18 at 9:30 a.m.

The clerk is ordered to terminate this case.

IT IS SO ORDERED.

Dated:  January 13, 2017

_____
Nathanael M. Cousins
United States Magistrate Judge